

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Manuel Arana and Johana Arana,　　　　* From the 441st District Court
　　　　　　　　　　　　　　　　　　 of Midland County,
　　　　　　　　　　　　　　　　　　 Trial Court No. CV61330.

No. 11-25-00021-CV　　　　　　　　　* April 10, 2025

Larry Wade Tucker, Sr,　　　　　　　 * Memorandum Opinion by Trotter, J.
　　　　　　　　　　　　　　　　　　 (Panel consists of: Bailey, C.J.,
　　　　　　　　　　　　　　　　　　 Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.